**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCES DU JU,<br><br>                Plaintiff - Appellant,<br><br>    v.<br><br>KELLY SERVICES, INC., a foreign<br>business corporation,<br><br>                Defendant - Appellee. | No. 11-36067<br><br>D.C. No. 3:08-cv-01213-HA<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Submitted February 11, 2013[**]

Before:    FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Frances Du Ju appeals pro se from the district court's summary judgment in

her employment discrimination action alleging violations of Title VII of the Civil

Rights Act and state law.  We dismiss this appeal for lack of jurisdiction.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Ju failed to appeal within 30 days of November 7, 2011, the date the district court entered judgment in a minute order that sufficiently satisfied the separate document requirement of Rule 58 of the Federal Rules of Civil Procedure. *See Ingram v. ACandS, Inc.*, 977 F.2d 1332, 1338-39 (9th Cir. 1992). Accordingly, Ju's appeal is untimely and we lack jurisdiction. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 4(a)(7)(A)(ii).

**DISMISSED.**